UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIDIA SOLANO-SANCHEZ<br>　　　　　Plaintiff, | :<br>:<br>: |
| v. | : No. 5:19-cv-04016 |
| STATE FARM MUTUAL AUTO<br>INSURANCE COMPANY,<br>　　　　　Defendant. | :<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 24th day of January, 2020, upon consideration of the Defendant's motion to dismiss the Complaint for failure to state a claim, ECF No. 9, and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED:**

1. Defendant's motion to dismiss, ECF No. 9, is **DENIED**.

2. Defendant shall file its Answer to the Complaint within twenty-one (21) days of this Order.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

---

[1] This time frame shall not be affected by the Court's Order regarding the sealing and redacting of confidential information contained in the Complaint. *See* ECF No. 15.