IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIDIA SOLANO-SANCHEZ | : | CIVIL ACTION NO. |
| Plaintiff, | : | 19-4016 |
| v. | : | |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of January, 2021, upon consideration of: Plaintiff's motions to compel production of documents in connection with its notices of deposition of Defendant's claims adjuster and corporate designee;[1] Defendant's objections to the notices of deposition and accompanying briefs; Defendant's submission of its updated privilege log; and after telephone conferences regarding the discovery disputes on October 6, 2020 and October 8, 2020, **IT IS ORDERED** as follows:

1. Plaintiff's motions are **GRANTED**, in accordance with the limited scope discussed in the accompanying memorandum, as to:
    a. Requests 1, 2, 3 4, 7, and 8 in the deposition notice of the claims adjuster, and
    b. Requests 1 and 2 in the deposition notice of the corporate designee.
2. Plaintiff's motions are **DENIED** as to:
    a. Request 9 in the deposition notice of the claims adjuster, and
    b. Request 3 in the deposition notice of the corporate designee.
3. Matters for examination 2 through 8 described in the deposition notice of the corporate designee shall be limited in scope as discussed in the accompanying memorandum.
4. On or before *February 5, 2021*, Defendant shall produce to the Court, for *in camera* inspection, documents on its privilege log with the following descriptions:

---

[1] In accordance with the undersigned's policies and procedures, Plaintiff submitted its motions to compel via email with letter memoranda outlining the discovery disputes.

a. State Farm internal file notes regarding communications with legal counsel, Forry Ullman; UIM strategy and evaluation; claim handling,

b. Amount of reserves and legal expenses on the UIM and Medical Payment claims,

c. State Farm Evaluation Report for Plaintiff's UIM claim,

d. State Farm internal emails regarding receipt of this lawsuit, and assignment to legal counsel, Forry Ullman,

e. ISO Claim Search report,

f. Asset report regarding Juan Gonzalez Campos, for consent to settle/waiver of UIM subrogation purposes.

BY THE COURT:

*/s/ Henry S. Perkin*_____
HENRY S. PERKIN
United States Magistrate Judge