IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIDIA SOLANO-SANCHEZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-4016 |
| | : | |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY | : : | |

## ORDER

AND NOW, this 16th day of December, 2022, upon consideration of Defendant's Motion for Partial Summary Judgment (Doc. 68), Plaintiff's response in opposition (Doc. 70), and Defendant's reply (Doc. 71), and for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** and that Count III of Plaintiff's Complaint, alleging a cause of action for bad faith, is hereby **DISMISSED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE